Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA ALEXANDER,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR FINANCE CO. D/B/A HYUNDAI CAPITAL AMERICA/ KIA MOTORS FINANCE; WELLS FARGO DEALER SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:17-cv-02299-RFB-CWH<br><br>**STIPULATION OF DISMISSAL OF WELLS FARGO DEALER SERVICES WITH PREJUDICE** |

/ / /

Stipulation of Dismissal of Wells Fargo Dealer Services With Prejudice - 1

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Wells Fargo Dealer Services, from the above captioned action, with prejudice. Each party will bear its own fees and costs. |

IT IS SO STIPULATED.
Dated this 16th day of January, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | /s/ *Richard C. Gordon*<br>Richard C. Gordon, Esq.<br>Nevada Bar No. 9036<br>Daniel S. Ivie, Esq.<br>Nevada Bar No. 10090<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Email: divie@swlaw.com<br>*Counsel for Defendant*<br>*Wells Fargo Dealer Services* |
| /s/ *Jennifer Braster*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>Andrew Michael Cummings, Esq.<br>Nevada Bar No. 14505<br>JONES DAY<br>3161 Michelson Drive, Ste. 800<br>Irvine, CA 92612<br>Email: acummings@jonesday.com<br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br>*Counsel for Defendant*<br>*Equifax Information Services, LLC*<br><br>/s/ *Jason Revzin, Esq.*<br>Jason Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: Jason.revzin@lewisbrisbois.com<br>*Counsel for Defendant*<br>*TransUnion LLC* |

*Sheila Alexander v. Hyundai Motor Finance Co., et al.*
2:17-cv-02299-RFB-CWH

## **ORDER GRANTING STIPULATION OF DISMISSAL OF**

## **WELLS FARGO DEALER SERVICES WITH PREJUDICE**

**IT IS SO ORDERED.**


RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of  January,  2018.

Stipulation of Dismissal of Wells Fargo Dealer Services With Prejudice - 3