Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA ALEXANDER,<br><br>    Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR FINANCE CO. D/B/A HYUNDAI CAPITAL AMERICA/ KIA MOTORS FINANCE; WELLS FARGO DEALER SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and TRANS UNION, LLC,<br><br>    Defendants. | 2:17-cv-02299-RFB-CWH<br>Case No.: 2:17-cv-02999-RFB-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff SHEILA ALEXANDER ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC ("Experian")

STIPULATION FOR EXTENSION OF TIME (FIRST REQUEST) - 1

(collectively, the "Parties") as follows:

On February 8, 2018, Plaintiff filed a notice of settlement with Experian. ECF Dkt. 40. The Notice requested that the Parties anticipated filing a notice of settlement within 60 days. *See id.* Although settlement has been reached and necessary paperwork has been exchanged, not all terms of the settlement have yet been complied with. The Parties anticipate that full compliance will be achieved, and a stipulation of dismissal circulated, no later than 30 days from the filing of this stipulation. Accordingly, the Parties request a 30-day extension, until May 9, 2018, to file dismissal paperwork regarding Experian.

This is the Parties' first request to extend this deadline, and is being made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**
Dated April 9, 2018

| /s/ *Miles N. Clark* | /s/ *Jennifer Braster* |
|---|---|
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| KNEPPER & CLARK LLC | NAYLOR & BRASTER |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@naylorandbrasterlaw.com |
| Email: miles.clark@knepperclark.com | Email: asharples@naylorandbrasterlaw.com |
| | *Counsel for Defendant* |
| David H. Krieger, Esq. | *Experian Information Solutions, Inc.* |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| Email: dkrieger@hainesandkrieger.com | |
| *Counsel for Plaintiff* | |

**ORDER**

**IT IS SO ORDERED.**

Dated: April 10, 2018

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME (FIRST REQUEST) - 2